IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ARACELY VERA | § | |
|    *Plaintiff,* | § | |
| | § | CIVIL ACTION NO.: 2:23-cv-00323 |
| VS. | § | |
| | § | (JURY DEMANDED) |
| STATE FARM MUTUAL AUTOMOBILE | § | |
| INSURANCE COMPANY | § | |
|    *Defendant.* | § | |

# NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW Defendant **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY** ("State Farm"), pursuant to 28 U.S.C., 1446, filing this its *Notice of Removal* and, for cause, shows as follow:

**I.**

Plaintiff **ARACELY VERA** instituted this civil action against Defendant **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY** in the 148th District Court, Corpus Christi, Nueces County, Texas. True copies of the process and pleadings from the state court litigation are contemporaneously filed.

**II.**

This action is properly removable under 28 U.S.C., §1441(a) because the United States District Court has original jurisdiction, pursuant to 28 U.S.C., §1332(a). This action is timely removable pursuant to 28 U.S.C., §1446(b). Defendant first received notice of this suit when it was served with Citation on November 10, 2023, and this removal notice is filed within 30 days thereafter.

### III.

The plaintiff is a natural person, resident, and citizen of the State of Texas. Defendant State Farm Mutual Automobile Insurance Company is a corporation incorporated in the State of Illinois, with its principal place of business in the State of Illinois. It is therefore a citizen of the State of Illinois. Therefore, there is diversity of citizenship between the parties.

### IV.

Plaintiff's state court Petition pleads that plaintiff was injured in a motor vehicle accident. Plaintiff asserts claims against State Farm for Underinsured/Uninsured Motorist benefits and for Declaratory Relief. Plaintiff also claims attorney fees.

Plaintiff pleads that she seeks "monetary relief of over $1 million."

The insurance applicable to this claim includes a per-person, bodily injury Underinsured Motorist policy limit of $50,000/$100,000. Exh. 1. In an action for declaratory judgment concerning an insurance policy, the amount in controversy may be measured by the value of the policy. *Payne v. State Farm Mut. Auto. Ins. Co.*, 266 F.2d. 63, 65 (5th Cir. 1959); *citing Carnes & Co. v. Employers' Liability Assurance Corp.*, 101 F.2d. 739 (1939). Attorney fees are also considered in determining the amount in controversy. *Benitez v. Liberty Mut. Fire Ins. Co.*, No. H-12-2989, 2012 U.S. Dist. LEXIS 175132, at *9 (S.D. Tex. 2012); *citing St. Paul Reinsurance Co. v. Greenberg*, 134 F.3d 1250, 1253 (5th Cir. 1998).

The alleged amount in controversy (over $1 million), plus attorney's fees, satisfies the threshold requirements of 28 U.S.C., §1332(a).

State Farm exercises timely removal jurisdiction.

### V.

Notice of Removal to the United States District Court has been provided to 148th District Court, Nueces County, Texas, from which this suit originated, and to counsel for Plaintiff.

**WHEREFORE, PREMISES CONSIDERED**, defendant State Farm Mutual Automobile Insurance Company prays that this action be removed to the United States District Court for the Southern District of Texas, Corpus Christi Division; that defendant

be afforded judgment that plaintiff take nothing on all claims as to this defendant; and, for such other and further relief that it may be entitled to.

        Respectfully submitted,

        **ADAMS & GRAHAM, L.L.P.**
        134 E. Van Buren, Suite 301
        Harlingen, Texas 78550
        Phone: (956) 428-7495
        Fax: (956) 428-2954

        By: /s/  Roger W. Hughes
            ROGER W. HUGHES
            State Bar No. 10229500
            Federal I.D. No. 5950
            *rhughes@adamsgraham.com*
            SCOTT T. CLARK
            State Bar No. 00795896
            Federal I.D. No. 21676
            *sclark@adamsgraham.com*

        Attorneys-In-Charge for *Defendant*, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing instrument was forwarded to all counsel of record as follows on this the 8th day of December 2023:

Scott Sager
THE LAW OFFICES OF THOMAS J. HENRY
P.O. BOX 696025
San Antonio, TX 78269
*Ssager-svc@thomasjhenrylaw.com*

        /s/  Roger W. Hughes
           ROGER W. HUGHES